
HERBERT SMITH
FREEHILLS
KRAMER

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: 12/30/2025               │
└─────────────────────────────────────┘
```

The Honorable Nelson S. Román
United States District Court for the Southern District
of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, New York 10036
USA
T  +1 212 715 9229
F  +1 212 715 8000
E  kenneth.eckstein@hsfkramer.com
www.hsfkramer.com

December 30, 2025

Re:    *Walker v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-9681 (S.D.N.Y.); *Morales v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10158 (S.D.N.Y.); *Bass v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10282 (S.D.N.Y.); *Redwood v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10327 (S.D.N.Y.); *Ecke v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10420 (S.D.N.Y.); *Pitts-Tillman v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10433 (S.D.N.Y.); *Isaacs v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10427 (S.D.N.Y.); *Jannotta v. Purdue Pharma L.P. (In re. Purdue Pharma L.P.)*, No. 7:25-cv-10646 (S.D.N.Y.)

Dear Judge Román:

In the above-referenced bankruptcy appeals, we represent the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "Ad Hoc Committee"), which consists of (i) ten States, (ii) the court-appointed Plaintiffs' Executive Committee in the multi-district litigation captioned *In re National Prescription Opiate Litigation*, Case No. 17-md-02804 (N.D. Ohio) (iii) six counties, cities, parishes, or municipalities, and (iv) one federally recognized American Indian Tribe.  We respectfully write to advise the Court and all parties of the Ad Hoc Committee's participation as an appellee in the above-referenced appeals of the Bankruptcy Court's order confirming the chapter 11 plan (the "Plan") for Purdue Pharma L.P. and its affiliated Debtors (the "Debtors").

Although the Ad Hoc Committee was not identified as a party in the notices of appeal in the above-referenced matters, it has filed notices of appearance in each case and is reflected as an "Appellee" on each docket sheet.  Therefore, it may be that no further action is required.  However, the Ad Hoc Committee submits this letter in an abundance of caution, principally because the Court recently so-ordered similar letters submitted by the Official Committee of Unsecured Creditors and the Ad Hoc Group of Individual Victims.

The Ad Hoc Committee's participation in these appeals is appropriate because of the critical role it played in the chapter 11 cases, representing the interests of States, municipalities, and Tribes.  The Ad Hoc Committee was, among other things, instrumental in the negotiation, development, and approval of the chapter 11 plan that is the subject of these appeals.  In an earlier appeal of the Debtors' prior plan (which was reversed by the Supreme Court), the Ad Hoc Committee likewise participated as an appellee.

*MEMO ENDORSED*

*See* Pg. 2

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, New York 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.

HERBERT SMITH
FREEHILLS
KRAMER

December 30, 2025

Respectfully submitted,

/s/   Kenneth H. Eckstein
Kenneth H. Eckstein
Partner

**The Court GRANTS the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' (the "Ad Hoc Committee") request to be added as an appellee to the above-referenced dockets. The Clerk of Court is kindly directed to add the Ad Hoc Committee as an appellee on this docket. The Clerk of Court is also kindly directed to mail this Endorsement to *pro se* Appellant at the address listed on ECF and to show service on the docket.**

**Date: December 30, 2025**
**        White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2