USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2026

MEMO ENDORSED

Tuesday, September 29, 2026

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

**_Pro se_ Appellant Maria Ecke's motion at ECF No. 57 is DENIED. To the extent Appellant seeks to supplement the appellate record with the attached Second Circuit submissions, Bankruptcy Court filing, and supporting materials, she has not identified any material omitted by error or accident that would warrant supplementation. To the extent Appellant seeks acceptance of an untimely or defective submission in her pending Second Circuit appeal, that request must be directed to the Second Circuit. Appellant's request for assistance obtaining payment of claims does not establish a basis for relief in this appeal. This denial does not resolve the validity of those underlying claims.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 57, mail a copy of this Endorsement to _pro se_ Appellant Maria Ecke at the address listed on ECF, and show service on the docket.**

**Dated: October 2, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

United States District Court

Southern District of New York

Attn: Office of the Clerk

Attn: Pro Se Unit

In re: Purdue Pharma L.P. et al

**Debtors**

Chapter 11

Case No. 25-cv-10420(NSR)

(Jointly Administered)

**MOTION TO INCLUDE MY SECOND CIRCUIT CASE NO. 26-1298 MOTION TO ACCEPT MY OUT-OF-TIME FRAP 27, MOTION FOR RELIEF OPPOSING BENJAMIN KAMINETZKY'S MOTION TO DISMISS THE APPEAL OF MARIA ECKE AND ALL OTHER APPELEES, JUDGE ROMAN'S CASE NO. 25-CV-10420(NSR), MY DOC. 9459, FILED JULY 15, 2026, IN THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK COURT RECORDS FOR CASE NO. 19-23649(SHL), AND MY PLEA FOR RELIEF**

Maria Ecke

After receiving a disturbing telephone call from Omni Agent Solutions representative Brody at telephone numbers 888-966-3819 (records from my phone ID system), 818-906-8300, and 866-205-3141 on Monday, September 28, 2026, I realized that I should include my documents and have them on the record in the United States District Court for the Southern District of New York for Case No. 25-CV-10420(NSR) for Judge Roman to review. I was told by the United States Court of Appeals for the Second Circuit in New York that my document for relief opposing Benjamin Kaminetzky, a Davis Polk & Wardwell LLC employee, and all other appellees' dismissal of my Case No. 26-1298, Judge Roman's Case No. 25-CV-10420 (NSR), was timely received, only to find out later that my document was defective.

Yesterday, Monday, September 28, 2026, Omni Agent Solutions Inc. employee, Brody, called me to tell me that I need to file a claim with them so that our claims – Claim No. 628554 for David Jonathan Ecke, Claim No. 22855 for Richard Ecke, Claim No. 23016 for Andrew Ecke, Claim No. 16817 for Peter Sottile, and Claim No. 16810 for Maria Ecke can be paid. We were all notified that the deadline to file these claims was September 28, 2026, through the Bankruptcy Court in the Southern District of New York in Judge Sean Lane's Case No. 19-23649(SHL). Not wanting to tarry, I immediately notified Omni Agent Solutions Inc. about our claims via certified letter (tracking numbers 9589 0710 5270 2451 4797 60 and return receipt number 9590 9402 9601 5121 7440 73. Copy enclosed. I also notified Judge Lane in Doc. No. 9459, filed July 17, 2026, Theodore L. Sandler, Gilbride Tusa Last & Spellane, 31 Brookside Drive, Greenwich, CT 06830, Yolanda Kanes, Tannenbaum Helpern Syracuse & Hirschritt LLP, 900 Third Avenue, New York, NY 10022, Garrett Lynam, fiduciary Richard Sackler and David Sackler, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, Greenwich Probate Court, 101 Field Point Road, P.O. Box 2540, Greenwich, CT 06836, and Charles L. Kurmay, 61 Cherry St., Suite 1, Milford, CT 06460. I have the phone calls dated Monday, September 28, 2026, between Mr. Brody and me recorded with Mr. Brody's permission.

Mr. Brody was mistaken in stating that I left a voicemail for Omni Agent Solutions Inc. on September 14, 2026. **I NEVER CALLED OMNI AGENT SOLUTIONS ON THAT DAY OR ANY OTHER DAY, BUT I DID CALL THE GREENWICH PROBATE COURT ON THAT DAY AND SPOKE WITH CLERK COURTNEY KANE-HAYES, WHO SENT ME THE ATTACHED INFORMATION. ABOUT THE APPEAL OF JUDGE DAVID W. HOPPER'S ORDER AND DECREE DATED MARCH 31, 2026**. Ms. Hayes told me about the appeal in Bridgeport Superior Court; phone number: (203)579-6527 or (203) 362- 0150, filed by Charles L. Kurmay, phone number: (203)380-1743. Is this the same Charles Kurmay I sent my paperwork to when I filed with Omni Agent Solutions Inc. in July of 2026?

I have called Charles L. Kurmay's office, and I found out that this is indeed the same person. I was in the Probate Court Hearing with Judge Hopper on March 16, 2026, but Judge Hopper did not want to hear anything in opposition to his Order and Decree in re: Estate of Beverly Sackler, Case No. 19-00460, Beverly Sackler Revocable Trust U/A/D, March 29, 2012 – Case No. 26-00077; and Raymond Sackler Living Trust, Case No. 26-00081. See attached.

Case No: 25-cv-10420(NSR)



Maria Ecke

I emailed the law offices of Omni Agent Solutions last night in both Los Angeles and New York because I was never sent the Email that Mr. Brody promised to send yesterday, and I'm not sure that I will receive the letter from Omni Agent Solutions Inc., which I was promised. I emailed the attached information to the LA Office so that there could be "No Excuses" as to whether or not I had a claim against the Estate of Jonathan D. Sackler and the Estate of Beverly Sackler.

**RELIEF REQUESTED**

Honorable Judge Roman, please help this old, disabled, gray-haired mother only on Social Security receive Justice and Due Process following the Decision and Order of Harrington v. Purdue Pharma L.P. in the Supreme Court. Please file my documents as part of the record and help me get the Claim No. 628554 for David Jonathan Ecke, Claim No. 22855 for Richard Ecke, Claim No. 23016 for Andrew Ecke, Claim No. 16817 for Peter Sottile, and Claim No. 16810 for Maria Ecke get paid.

Respectfully,

/s/ Maria Ecke

Case No: 25-cv-10420(NSR)